## W. T. EUGENE v. STATE.
### No. 16157.

Court of Criminal Appeals of Texas.
Oct. 25, 1933.

Christ & Lindsey, of Port Arthur, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for misdemeanor theft; punishment, a fine of $30, and ninety days in the county jail.

The record is here without statement of facts or bills of exception. The indictment charges an offense. The verdict finds appellant guilty of theft of property of the value of less than $50, and fixes the punishment as above stated. The charge of the court and judgment are in proper form.

The judgment will be affirmed.

## F. O. FLIPPEN v. STATE.
### No. 16139.

Court of Criminal Appeals of Texas.
Oct. 25, 1933.

John D. Cofer, of Austin, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for extortion; punishment, two years in the penitentiary.

The record is here without statement of facts or bills of exception. The indictment appears to charge an offense. The charge of the court, the judgment, and sentence are in proper form.

The judgment will be affirmed.

## Jesse GOODSON, alias Jesse Staley, v. STATE.
### No. 16334.

Court of Criminal Appeals of Texas.
Oct. 11, 1933.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is theft; the punishment, confinement in the penitentiary for six years.

It is made to appear by the proper affidavit that, since his conviction in the trial court and pending his appeal to this court, appellant has escaped from jail.

The appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.